No. 951. COLLINS v. GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Melvin M. Belli* for petitioner. *Francisco Corneiro*, Attorney General, for respondent Government of the Virgin Islands.

No. 969. KECO INDUSTRIES, INC. v. UNITED STATES. Ct. Cl. Certiorari denied. *Franklin M. Schultz* and *Paul W. Steer* for petitioner. *Solicitor General Marshall* for the United States.

No. 974. KRAFT ET UX., DBA NATIONAL ART ACADEMY v. BOARD OF EDUCATION OF THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. *John R. Foley* for petitioners. *Charles T. Duncan, Milton D. Korman* and *Hubert B. Pair* for respondent.

No. 979. SMITH v. CALIFORNIA. Super. Ct. Cal., County of Marin. Certiorari denied. *Duane B. Beeson* for petitioner.

No. 986. SOUTHERN PACIFIC Co. v. DUPONT ET AL. C. A. 5th Cir. Certiorari denied. *J. J. Davidson, Jr.,* for petitioner.

No. 988. PSHEMENSKY v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Al Matthews* for petitioner.

No. 992. GINSBERG v. UNITED STATES. Sup. Ct. Fla. Certiorari denied. *Neal Rutledge* and *Allan Milledge* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Meyer Rothwacks* for the United States.